**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourets.gov**

In re:                                                                    Case No:  6:19-bk-00540-KSJ
                                                                          Chapter 13

**WILLIAM PEREZ**
**WANDA PEREZ,**

     **Debtors.**
_____/

**RESPONSE TO TRUSTEE'S MOTION**
**TO DISMISS FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS**

     Debtors, WILLIAM PEREZ AND WANDA PERZ by and through undersigned counsel and files this Response to Trustee's Motion to Dismiss for Failure to maintain timely payments (Doc No. 69), and would state as follows:

     1.    The Debtors are contacting their mortgage company regarding possible forbearance options due to COVID-19.

     2.    The Debtors ask for an additional fourteen (14) days to resolve the dismissal matter.

     WHEREFORE, the Debtors request this Court grant the additional fourteen (14) days to resolve the dismissal, deny the motion to dismiss or set this matter for hearing and grant such other relief that may be just and proper in the circumstances.

**CERTIFICATE OF SERVICE**

     A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail this 22nd day of May, 2020, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; and to Debtors: William and Wanda Perez, 1300 Holly Glen Run, Apopka, FL 32703-6863.

                                              /s/ Robert B Branson
                                              Robert B. Branson
                                              BransonLaw, PLLC

                                          1501 East Concord Street  
                                          Orlando, FL  32803  
                                          T: (407) 894-6834  
                                          F: (407) 894-8559  
                                          Florida Bar Number:  800988  
                                          Attorney for Debtors